## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Delta Formost Chemical Corporation*
Attn:   President/CEO
3915 Air Park Street
Memphis, TN 38118

Mary E. Augustine (No. 4477)